UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT COLUMBIA

---

WILLIAM P. BORS, )
)
      Plaintiff, )
)   CASE NO.
v. )
)
SOLE SUPPORTS, INC., )
)
      Defendant. )

---

## DEFENDANT'S NOTICE OF REMOVAL

---

COMES NOW Defendant, Sole Supports, Inc. ("Defendant" or "Sole Supports"), pursuant to 28 U.S.C. §§ 1441, and hereby removes this action from the Circuit Court of Hickman County, Tennessee, to the United States District Court for the Middle District of Tennessee at Columbia, and in support of such removal states:

### COMMENCEMENT OF ACTION IN STATE COURT

1.     Plaintiff William P. Bors ("Plaintiff") commenced this civil action in the Chancery Court for Hickman County, Tennessee, at Centerville, Case No. 16-CV-57, on November 2, 2016, by filing a Complaint against Defendant alleging violations of the Age Discrimination in Employment Act, 29 U.S.C. § 621, et. *seq.,* and the Tennessee Human Rights Act, § 4-21-101, *et seq.*, based on age discrimination. Plaintiff served a copy of the Complaint by certified mail to Dr. Edward Glaser, owner of Sole Supports, Inc., which was received on November 23, 2016. (*See* Summons and Complaint included in *Exhibit A* attached hereto.)

2.     This Notice is timely filed within thirty (30) days of service of the Complaint.

3.      According to the Complaint, Plaintiff alleges he worked for the Defendant in Lyles, Hickman County, Tennessee.  (*See* Complaint, ¶ 3).  Thus, venue is appropriate in the United States District Court for the Middle District of Tennessee, Columbia Division.

4.      Under 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders served on Defendant, are attached hereto as composite *Exhibit A*.

5.      Under 28 U.S.C. § 1446(d), written notice of the filing of this Notice will be served on Plaintiff, the only adverse party, and a copy of this Notice will also be filed with the Circuit Court of Hickman County, Tennessee, a copy of which is attached hereto as *Exhibit B*.

## FEDERAL QUESTION

6.      This action is properly removable to federal court, because Plaintiff's Complaint presents federal questions pursuant to 28 U.S.C. § 1331 inasmuch as Plaintiff alleges violations of federal statutes, *viz.*, the Age Discrimination in Employment Act, 29 U.S.C. § 621, *et. seq.*

7.      Removal is therefore appropriate pursuant to 28 U.S.C. § 1441.

WHEREFORE, Sole Support, Inc. removes this action from the Hickman County Circuit Court to the United States District Court for the Middle District of Tennessee, Columbia Division.

This 22nd day of December, 2016.

Respectfully submitted,

s/Mark E. Stamelos
Mark E. Stamelos (TN 021021)
Allison M. Cotton (TN 029286)
**FORDHARRISON LLP**
150 3rd Avenue South, Suite 2010
Nashville, Tennessee 37201
Tel: (615) 574-6700 | Fax:  (615) 574-6701
mstamelos@fordharrison.com
acotton@fordharrison.com
**COUNSEL FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been served upon the following

via U.S. Mail this 22nd day of December, 2016:

J. Britt Phillips
Christopher Schroeck
Sutter O'Connell Co.
341 Cool Springs Blvd.
Suite 430
Franklin, TN 37067

s/Mark E. Stamelos
Counsel for Defendant

WSACTIVELLP:8898514.1